UNITED STATES MAGISTRATE JUDGE

22